1905.) Action by John J. Keyes against George C. Flint & Co. W. H. Harris, for appellant. J. L. Hill, for respondent. No opinion. Judgment affirmed, with costs.

In re KILLAN'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) In the matter of the estate of Mary Killan (or Killeen), late of the city of Rochester, N. Y., deceased.

PER CURIAM. Order entered September 10, 1904, denying application for commission, as corrected or amended by the order of October 21, 1904, is hereby modified by inserting therein leave to the appellant to renew his application for a commission upon additional papers, upon payment of $10 costs of the administrator, and, as so modified, affirmed, without costs of this appeal to either party.

KIMBALL, Appellant, v. KIMBALL, Respondent. (Supreme Court, Appellate Division, Third Department. December 2, 1904.) Action by Sadie Kimball, as administratrix, etc., of Edward Kimball, deceased, against George P. Kimball. No opinion. Order affirmed, with $10 costs and disbursements.

KINSEY, Respondent, v. LE FEVRE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by Russell L. Kinsey against Frank B. Le Fevre. No opinion. Judgment and order affirmed, with costs.

KISSAM v. UNITED STATES PRINTING CO. OF OHIO et al. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by William Kissam against the United States Printing Company of Ohio and others. No opinion. Motion denied.

KISSINGER, Respondent, v. LIEBERMANN, Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by Jacob Kissinger against J. Monroe Liebermann. No opinion. Judgment of the Municipal Court affirmed, with costs.

KITCHING, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by George E. Kitching against the Manhattan Railway Company and others. A. A. Wheat, for appellants. E. M. Felt, for respondent. No opinion. Judgment affirmed, with costs.

KLASKATA, Appellant, v. TREFTS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by Anna Klaskata, as administrator, etc., against George M. Trefts and another. No opinion. Upon reading and filing the stipulation of the parties, appeal dismissed, without costs.

KLEIN, Appellant, v. AMERICAN CIGAR CO., Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Emanuel Klein against the American Cigar Company. J. M. Goodale, for appellant. A. H. Burroughs, for respondent. No opinion. Order affirmed, with costs.

KOENNE, Appellant, v. ROCHESTER BOX & LUMBER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Herman Koenne against the Rochester Box & Lumber Company. No opinion. Judgment and order affirmed, with costs.

KOUBERNICK, Respondent, v. NIMARK, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by Judith Koubernick against Edward Nimark. No opinion. Judgment of the Municipal Court affirmed, with costs.

KUBERT, Respondent, v. LIGHTE, Appellant. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Peter Kubert against Charles Lighte. D. F. Mayer, for appellant. No opinion. Case not considered; plaintiff being dead before argument.

KUSTES, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 18, 1905.) Action by Ida Kustes against the Interurban Street Railway Company.

PER CURIAM. We think that the allegations in paragraph 4 of the complaint must be read with the allegations in paragraph 2 thereof, and the complaint as thus read states a cause of action. Judgment reversed, and new trial granted; costs to abide the event.

LAIER, Appellant, v. HORNEY, Respondent (two cases). (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Actions by William Laier, as president, etc., against Charles Horney. No opinion. Judgments of the Municipal Court affirmed, with costs.

LAKE et al. v. SULLIVAN. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by Elmer C. Lake and another against John J. Sullivan. No opinion. Motion to dismiss appeal denied, without costs, as the delay complained of was not chargeable to the appellant.

LAMBERT v. MUTUAL RESERVE LIFE INS. CO. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by Robert C. Lambert, administrator, against the Mutual Reserve Life Insurance Company. No opinion. Motion granted.

LANGAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Winifred Langan against the Metropolitan Street Railway Company. B. H. Ames, for appellant. J. S. Ross, for respondent. No opinion. Judgment and order affirmed, with costs.